JAMES I. CUFF, as Substituted Receiver of the Property of JOHN B. RYAN, Respondent, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, Impleaded with Another.

Submitted October 28, 1938; decided November 29, 1938.

*Thomas E. White, R. Elliott Davis* and *William E. Robinson* for appellant.

*Francis D. McGarey* and *John J. McMahon, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.